**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PETER BRIMELOW,

                      Plaintiff,

      -against-                                  20 **CIVIL** 222 (KPF)

                                                               **JUDGMENT**

THE NEW YORK TIMES COMPANY,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 16, 2020, Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is hereby GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

        January 6, 2021

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                **BY:**   *K. Mango*

                                                          **Deputy Clerk**